# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM SHDEED,<br><br>      Plaintiff,<br><br>vs.<br><br>ALTERRA EXCESS & SURPLUS COMPANY; and MARKEL INSURANCE COMPANY,<br><br>      Defendants. | No. CIV-15-181-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the plaintiff, William Shdeed, by and through his counsel of record, Tom E. Mullen of the law firm, Fenton, Fenton, Smith, Reneau & Moon, and the defendants, Alterra Excess & Surplus Insurance Company and Markel Insurance Company, by and through their counsel of record, D. Lynn Babb, and pursuant to Rule 41(a)(1)(A)(ii), stipulate to dismissal of the above-style action with prejudice to the further refiling thereof. The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

*[signature]*
Tom E Mullen, OBA # 6500
Sterling E. Pratt, OBA#22276
Fenton Fenton Smith Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102
405-235-4671 / 405-235-5247 (Fax)
temullen@fentonlaw.com
sepratt@fentonlaw.com
Attorneys for Plaintiff, William Shdeed

_____
D. Lynn Babb (OBA #392)
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN L.L.P.
Post Office Box 26350
Oklahoma City, OK 73126-0350
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
lbabb@piercecouch.com

Attorneys for Defendants, Alterra Excess & Surplus Insurance Company and Markel Insurance Company